IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03460-KMT | Date: | June 4, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:* | *Counsel:*

ALLAN HAYS,                                            Richard Blundell – *by telephone*

   Plaintiff,

v.

CSC PROPERTY MANAGEMENT, LLC, a Colorado       Kirstin Dvorchak
limited liability company,
CHRISTOPHER KNUTSEN,
LYLE E. DEHNING, and
LANCE DEHNING, individuals,

   Defendants.

# COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:32 a.m.        Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding motion #21.

**ORDERED:   Plaintiff's Stipulated Motion to Dismiss Plaintiffs Lyle Dehning and Lance Dehning [21] is GRANTED.  The Dehning defendants are dismissed from the case.**

Plaintiff has exchanged initial disclosures and Defendants will provide initial disclosures on or before June 5, 2015.

Discussion regarding e-discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 10 depositions, including experts.
Depositions shall not exceed 4 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Court states its practice regarding discovery disputes.

Joinder of Parties/Amendment to Pleadings:  July 19, 2015
Discovery Cut-off:     December 1, 2015
Dispositive Motions Deadline:  January 14, 2016
Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   October 15, 2015
Disclosure of Rebuttal Experts:       November 14, 2015

Written Discovery shall be served  by October 2, 2015.

Further hearings and trial dates will be set by Magistrate Judge Kathleen M. Tafoya at a later date.

Court states its practice regarding a settlement conference.

**Scheduling Order entered.**

**10:45 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:13

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.